UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Hair Flair Limited
                  Plaintiff,

    -against-

Amazon.com, Inc.
                  Defendant.
--------------------------------------------------------

Case No.   14 Cv. 4508 (KPF) (MHD)

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**John Michael Griem Jr.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JG 2609    My State Bar Number is 2678613

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                  FIRM ADDRESS: 601 South Figueroa Street, Los Angeles, CA 90017
                  FIRM TELEPHONE NUMBER: 212 530 5429
                  FIRM FAX NUMBER: 212 530 5429

NEW FIRM:   FIRM NAME: Carter Ledyard & Milburn LLP
                  FIRM ADDRESS: 2 Wall Street, New York, NY 10005
                  FIRM TELEPHONE NUMBER: 212 238 8659
                  FIRM FAX NUMBER: 212 732 3232

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 25, 2014

                                              ATTORNEY'S SIGNATURE