UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 4508

HAIR FLAIR LIMITED

JUDGE FAILLA

Plaintiff,

-v-

AMAZON.COM, INC.

Defendant.

Case No. _____

Rule 7.1 Statement

RECEIVED JUN 23 2014 U.S.D.C. S.D.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Hair Flair Limited                                     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 6/23/2014

Signature of Attorney
Rose Auslander

**Attorney Bar Code:** RA9423

Form Rule7_1.pdf  SDNY Web 10/2007